## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE NO. 19-22479-JAD |
| Michele L. Dilliott, ) | CHAPTER 13 |
| Debtor. ) | HEARING DATE & TIME:  August 21, 2019 @ 10:00 AM |
| First National Bank of Pennsylvania, ) | |
| Movant, ) | Related to Doc. #23 |
| vs. ) | |
| Michele L. Dilliott, Debtor; and Ronda J. Winnecour, Trustee; ) | **DEFAULT O/E JAD** |
| Respondents. ) | |

### ORDER OF COURT

AND NOW, this __15th__ day of __August__, 20__19__, upon consideration of the Motion for Relief from the Automatic Stay filed on behalf of First National Bank of Pennsylvania ("Movant"), it is hereby ORDERED, ADJUDGED, and DECREED that the automatic stay is unconditionally and immediately terminated as it affects the interests of Movant in the motor vehicle known as a Year 2016 Forest River Rockwood Travel Trailer, VIN No. 4X4TRLY21GZ138768.

It is further ORDERED, ADJUDGED, and DECREED that this grant of relief from stay shall remain in full force and effect, notwithstanding any dismissal or subsequent conversion of this case to another chapter.

BY THE COURT:

_____ sjk
Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
8/15/19 12:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                            Case No. 19-22479-JAD
Michele L Dilliott                                                                Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: hsmi              Page 1 of 1                Date Rcvd: Aug 15, 2019
                         Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2019.
db             +Michele L Dilliott,   739 Riehl Dr,   Pittsburgh, PA 15234-2510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2019 at the address(es) listed below:
      David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
       draphael@grenenbirsic.com, mcupec@grenenbirsic.com
      James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
      Karina Velter    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
      Lawrence W. Willis     on behalf of Debtor Michele L Dilliott ecf@westernpabankruptcy.com,
       urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                                                                                                                                                                                                                                    TOTAL: 7