**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 19-22479-JAD |
| | ) | |
| Michele L. Dilliott, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | RELATED TO DOCKET NO. 32 |
| | ) | |
| First National Bank of Pennsylvania, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Michele L. Dilliott, Debtor; and Ronda J. Winnecour, Trustee; | ) | |
| | ) | |
| Respondents. | ) | |

**CERTIFICATE OF SERVICE OF DEFAULT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

    I certify under penalty of perjury that I have served the above captioned pleadings on the parties at the addresses specified below or on the attached list on   August 19  , 20 19 .

    The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was Either First Class Mail and/or Electronic Notification.

**SERVICE BY FIRST CLASS MAIL**
Michele L. Dilliott, Debtor
739 Riehl Drive
Pittsburgh, PA  15234

**SERVICE BY ELECTRONIC NOTIFICATION**
Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Boulevard, Suite 310
Pittsburgh, PA  15235
E-mail: ecf@westernpabankruptcy.com

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219
E-mail: cmecf@chapter13trusteewdpa.com

U.S. Trustee
Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222
E-mail:  ustpregion03.pi.ecf@usdoj.gov

| | | |
|---|---|---|
| Dated:   8/19/19 | By: | /s/ David W. Raphael |
| | | David W. Raphael, Esquire |
| | | PA ID No. 200598 |
| | | Attorney for First National Bank of Pennsylvania |
| | | One Gateway Center, 9th Floor |
| | | Pittsburgh, PA  15222 |
| | | 412-281-7650 |
| | | Fax:  412-281-7657 |
| | | E-mail:  draphael@grenenbirsic.com |