Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Michele L Dilliott**
  Debtor(s)

Bankruptcy Case No.: 19–22479–JAD
Issued Per 1/9/2020 Proceeding
Chapter: 13
Docket No.: 44 – 17
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated 7/14/2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $1,380 as of January 2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: PennyMac [Claim #17]; Wesbanco Bank [Claim #14] .

☒ H.   Additional Terms: The secured claim of the following creditor shall govern as to claim amount, to be paid at the modified plan terms: JP Morgan Chase Bank [Claim #4] payment determined by Trustee.

*(2.)*   ***IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:***

**A.     Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.     Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.     Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.     Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.     Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: February 14, 2020

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-22479-JAD
Michele L Dilliott                                                      Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: skoz                Page 1 of 3              Date Rcvd: Feb 14, 2020
                              Form ID: 149              Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2020.
```
db             +Michele L Dilliott,    739 Riehl Dr,    Pittsburgh, PA 15234-2510
15086254        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
15074542       +Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
15074543       +Best Buy/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
15074544       +Bk Of Mo,    5109 S Broadband Lane,    Sioux Falls, SD 57108-2208
15089866       +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
15089867        First National Bank of Pennsylvania,    c/o David W. Raphael, Esquire,    Grenen & Birsic, PC,
                 One Gateway Center, 9th Floor,    Pittsburgh, PA  15222
15074550       +First Natl Bk Of Pa,    4140 E State St,    Hermitage, PA 16148-3401
15074552       +Jpmcb Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
15074554       +Natl Tire&battery/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
15115132       +PennyMac Loan Services, LLC,    P.O. Box 2410,    Moorpark, CA 93020-2410
15074556       +Pennymac Loan Services,    6101 Condor Dr,    Moorpark, CA 93021-2602
15074557       +Pnc Bank, N.a.,    Po Box 3180,    Pittsburgh, PA 15230-3180
15074559       +Santander Consumer Usa,    Po Box 961245,    Fort Worth, TX 76161-0244
15074560       +Sears/cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
15074566       +Tbom - Genesis Retail,    Po Box 4499,    Beaverton, OR 97076-4499
15074567       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
15086850        UPMC,    PO Box 371842,    Pittsburgh, PA 15250-7842
15102354        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15104354        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15081855        United States Department of Education,    Claims Filing Unit,    P O Box 8973,
                 Madison, WI  53708-8973
15074568       +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121
15107760        Wells Fargo Bank, N.A.,    P.O. Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
15074570       +Wf Bank Na,    Po Box 14517,    Des Moines, IA 50306-3517
15074571       +Wf/preferr,    Po Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2020 02:52:07
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15074545       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 15 2020 02:50:59      Cap1/hlzbg,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
15074546       +E-mail/Text: bankruptcy@cavps.com Feb 15 2020 02:45:31      Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
15075817       +E-mail/Text: bankruptcy@cavps.com Feb 15 2020 02:45:31      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15074547       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 15 2020 02:45:00      Comenity Bank/avenue,
                 Po Box 182789,    Columbus, OH 43218-2789
15074548       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 15 2020 02:45:00      Comenitybank/hottopic,
                 Po Box 182789,    Columbus, OH 43218-2789
15074549       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 15 2020 02:45:00      Comenitybank/kay,
                 3100 Easton Square Pl,    Columbus, OH 43219-6232
15111071       +E-mail/Text: kburkley@bernsteinlaw.com Feb 15 2020 02:45:43      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15074551       +E-mail/Text: bankruptcy@huntington.com Feb 15 2020 02:45:17      Huntington National Ba,
                 7 Easton Oval,    Columbus, OH 43219-6060
15089876        E-mail/Text: bk.notifications@jpmchase.com Feb 15 2020 02:45:03      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ-5757,    Phoenix, AZ 85038-9505
15074553       +E-mail/Text: BKRMailOPS@weltman.com Feb 15 2020 02:44:59      Kay Jewelers,    375 Ghent Rd,
                 Fairlawn, OH 44333-4600
15111854        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2020 02:52:06
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15074555       +E-mail/Text: blegal@phfa.org Feb 15 2020 02:45:21      Pa Housing Finance Age,    2101 N Front St,
                 Harrisburg, PA 17110-1086
15074558       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2020 03:22:03
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
15109327        E-mail/Text: bnc-quantum@quantum3group.com Feb 15 2020 02:45:04
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
15074561       +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2020 02:51:59      Syncb/amazon,    Po Box 965015,
                 Orlando, FL 32896-5015
15074562       +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2020 02:51:25      Syncb/car Care Pep Boy,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
15074563       +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2020 02:51:25      Syncb/care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
15074564       +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2020 02:50:57      Syncb/roomful Express,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
15074565       +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2020 02:52:01      Syncb/walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
15075072       +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2020 02:51:59      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0315-2                  User: skoz                    Page 2 of 3                    Date Rcvd: Feb 14, 2020
                                      Form ID: 149                  Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15096033       +E-mail/Text: bncmail@w-legal.com Feb 15 2020 02:45:27     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
15106179        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 15 2020 03:02:50     Verizon,
                 by American InfoSource as agent,    PO Box 4457,   Houston, TX 77210-4457
15074569       +E-mail/Text: bankrupt-adjdept@wesbanco.com Feb 15 2020 02:45:33     Wesbanco Bank Inc,
                 1 Bank Plaza,   Wheeling, WV 26003-3565
                                                                                               TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMorgan Chase Bank, N.A.
cr              PENNYMAC LOAN SERVICES, LLC
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*            +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
15086824*      +Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
15086825*      +Best Buy/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
15086826*      +Bk Of Mo,   5109 S Broadband Lane,    Sioux Falls, SD 57108-2208
15086827*      +Cap1/hlzbg,    Po Box 30253,   Salt Lake City, UT 84130-0253
15086828*      +Cavalry Portfolio Serv,    Po Box 27288,   Tempe, AZ 85285-7288
15086829*      +Comenity Bank/avenue,    Po Box 182789,   Columbus, OH 43218-2789
15086830*      +Comenitybank/hottopic,    Po Box 182789,   Columbus, OH 43218-2789
15086831*      +Comenitybank/kay,    3100 Easton Square Pl,    Columbus, OH 43219-6232
15086832*      +First Natl Bk Of Pa,    4140 E State St,   Hermitage, PA 16148-3401
15086833*      +Huntington National Ba,    7 Easton Oval,   Columbus, OH 43219-6060
15086834*      +Jpmcb Auto,    Po Box 901003,   Ft Worth, TX 76101-2003
15086835*      +Kay Jewelers,    375 Ghent Rd,   Fairlawn, OH 44333-4600
15086836*      +Natl Tire&battery/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
15086837*      +Pa Housing Finance Age,    2101 N Front St,    Harrisburg, PA 17110-1086
15086838*      +Pennymac Loan Services,    6101 Condor Dr,   Moorpark, CA 93021-2602
15086839*      +Pnc Bank, N.a.,    Po Box 3180,   Pittsburgh, PA 15230-3180
15086840*      +Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
15086841*      +Santander Consumer Usa,    Po Box 961245,   Fort Worth, TX 76161-0244
15086842*      +Sears/cbna,    Po Box 6217,   Sioux Falls, SD 57117-6217
15086843*      +Syncb/amazon,    Po Box 965015,   Orlando, FL 32896-5015
15086844*      +Syncb/car Care Pep Boy,    C/o Po Box 965036,    Orlando, FL 32896-0001
15086845*      +Syncb/care Credit,    C/o Po Box 965036,   Orlando, FL 32896-0001
15086846*      +Syncb/roomful Express,    C/o Po Box 965036,    Orlando, FL 32896-0001
15086847*      +Syncb/walmart,    Po Box 965024,   Orlando, FL 32896-5024
15086848*      +Tbom - Genesis Retail,    Po Box 4499,   Beaverton, OR 97076-4499
15086849*      +Td Bank Usa/targetcred,    Po Box 673,   Minneapolis, MN 55440-0673
15086851*      +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121
15110161*       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
15086852*      +Wesbanco Bank Inc,    1 Bank Plaza,   Wheeling, WV 26003-3565
15086853*      +Wf Bank Na,    Po Box 14517,   Des Moines, IA 50306-3517
15086854*      +Wf/preferr,    Po Box 14517,   Des Moines, IA 50306-3517
                                                                                   TOTALS: 2, * 33, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2020 at the address(es) listed below:
```
              David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
               draphael@grenenbirsic.com, mcupec@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
```

```
District/off: 0315-2          User: skoz               Page 3 of 3            Date Rcvd: Feb 14, 2020
                              Form ID: 149             Total Noticed: 49
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Lawrence W. Willis    on behalf of Debtor Michele L Dilliott ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                          TOTAL: 7