# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-22479-JAD |
| | : | |
| Michele L. Dilliott, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated July 6, 2020 (Order Setting Hearing on Amended Plan), Notice of Proposed Modification to Confirmed Plan, and Amended Plan Dated July 2, 2020* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated July 8, 2020

/s/ Lawrence W. Willis
Lawrence W. Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704

MATRIX

Michele Dilliott
739 Riehl Drive
Pittsburgh, PA 15234

Ronda J. Winnecour, Esquire
Suite 3250,
USX Tower
600 Grant Street
Pittsburgh, PA 15219

Amex
P.o. Box 981537
El Paso, TX 79998

Best Buy/cbna
Po Box 6497
Sioux Falls, SD 57117

Bk Of Mo
5109 S Broadband Lane
Sioux Falls, SD 57109

Cap1/hlzbg
Po Box 30253
Salt Lake City, UT 84130

Cavalry Portfolio Serv
Po Box 27288
Tempe, AZ 85285

Comenity Bank/avenue
Po Box 182789
Columbus, OH 43218

Comenitybank/hottopic
Po Box 182789
Columbus, OH 43218

Comenitybank/kay
3100 Easton Square Pl
Columbus, OH 43219

First Natl Bk Of Pa
4140 E State St
Hermitage, PA 16148

Huntington National Ba
7 Easton Oval
Columbus, OH 43219

Jpmcb Auto
Po Box 901003
Ft Worth, TX 76101

Kay Jewelers
375 Ghent Rd
Fairlawn, OH 44333

Natl Tire&battery/cbna
Po Box 6497
Sioux Falls, SD 57117

Pa Housing Finance Age
2101 N Front St
Harrisburg, PA 17105

Pennymac Loan Services
6101 Condor Dr
Moorpark, CA 93021

Pnc Bank, N.a.
Po Box 3180
Pittsburgh, PA 15230

Portfolio Recov Assoc
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Santander Consumer Usa
Po Box 961245
Fort Worth, TX 76161

Sears/cbna
Po Box 6217
Sioux Falls, SD 57117

Syncb/amazon
Po Box 965015
Orlando, FL 32896

Syncb/car Care Pep Boy C/o
Po Box 965036
Orlando, FL 32896

Syncb/care Credit C/o
Po Box 965036
Orlando, FL 32896

Syncb/roomful Express C/o
Po Box 965036
Orlando, FL 32896

Syncb/walmart
Po Box 965024
 Orlando, FL 32896

Tbom - Genesis Retail
Po Box 4499
Beaverton, OR 97076

Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440

Us Dept Of Ed/glelsi
2401 International Lane
Madison, WI 53704

Wesbanco Bank Inc
1 Bank Plaza
Wheeling, WV 26003

Wf Bank Na
Po Box 14517
Des Moines, IA 50306

Wf/preferr
Po Box 14517
Des Moines, IA 50306