IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Debtor:  
Michele Dilliott

Case No: 19-22479  
Chapter 13

## NOTICE OF SATISFACTION OF CLAIM

I, Danielle Meneely of WesBanco Bank, do hereby wish to state the balance of the following claim has been satisfied:

Claim Number: 14

Amount of Claim: $5,418.64

Date Claim was Filed : 8/28/2019

Reason for satisfaction of claim: All funds have been received, paid in full.

Please state your name and the name and address of the creditor withdrawing the balance of this claim below:

WESBANCO BANK INC.  
1 BANK PLAZA  
WHEELING, WV 26003

................................................................

## CERTIFICATE OF SERVICE

I, Danielle Meneely, of WesBanco Bank, do hereby certify that service of the foregoing NOTICE OF SATISFACTION OF CLAIM was made by mailing a true copy to the following with postage prepaid, on this ___30___ day of __June__ 2022.

*[signature]*  
CREDITOR SIGNATURE

**Office of the United States Trustee**  
Liberty Center.  
1001 Liberty Avenue, Suite 970  
Pittsburgh, PA 15222  
*Service via the ECF delivery System*

**Lawrence W. Willis**  
Willis & Associates  
201 Penn Center Blvd  
Suite 310  
Pittsburgh, PA 15235  
*Counsel for Debtor-service via the ECF delivery system and US Mail*

**Ronda J. Winnecour**  
Suite 3250, USX Tower  
600 Grant Street  
Pittsburgh, PA 15219  
*Bankruptcy Trustee-service via the ECF delivery system and US mail*