**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy Number: 19-22479-JAD** |
| | : | |
| **Michele L. Dilliott,** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | |

## CERTIFICATE OF SERVICE

I, Lawrence Willis, Attorney of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated **August 1, 2022,** together with the above debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage Paid on the parties below:

**UPMC Presbyterian Shadyside**
**US Steel Tower, Floor 56**
**600 Grant Street**
**Pittsburgh, PA 15219**
**Attn: Payroll Manager**

**Michele L. Dilliott**
**739 Riehl Drive**
**Pittsburgh, PA 15234**

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: August 2, 2022

/s/ Lawrence W Willis, Esquire
Lawrence W. Willis
PA ID 85299
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
412-235-1721
Email: ecf@urfreshstrt.com