**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/14/2023

IN RE:

| | |
|---|---|
| MICHELE L DILLIOTT<br>739 RIEHL DR<br>PITTSBURGH,  PA  15234<br>XXX-XX-5860           Debtor(s) | Case No.19-22479 JAD<br><br>Chapter 13 |

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

　　　NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

　　　This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

　　　This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

　　　The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/14/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # / Court Claim / Claim | Comment | Cred Desc / Account |
|---|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WALMART/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 2374 |
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQUESNE LIGHT CO/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **MANLEY DEAS KOCHALSKI LLC**<br>PO BOX 165028<br>COLUMBUS, OH 43216-5028 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JPMORGAN CHASE/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GRENEN & BIRSIC PC (FRMRLY DAVID W RAPHA**<br>1 GATEWAY CENTER - 9TH FL<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FNB OF PA/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **FIRST NATIONAL BANK OF PA(\*)**<br>LOAN ADJUSTMENT DEPT\*<br>4140 E STATE ST<br>HERMITAGE, PA 16148 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: RS/DOE\*SURR/PL | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0815 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 901032<br>FT WORTH, TX 76101-2032 | Trustee Claim Number: 6   INT %: 4.25%<br>Court Claim Number: 4<br>CLAIM: 2,710.84<br>COMMENT: PIF~$PROPER/CNF\*5991.49 CL\*PIF/CR | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4106 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br>DALLAS, TX 75266-0929 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 0.00<br>COMMENT: CL17GOV W/PMT CHANGES\*PMT/PL-NTC\*DK4PMT-LMT\*BGN 7/19 | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0969 |
| **WESBANCO BANK INC(\*)**<br>ATTN CHECK PROCESSING<br>ONE BANK PLAZA<br>WHEELING, WV 26003 | Trustee Claim Number: 8   INT %: 1.95%<br>Court Claim Number: 14<br>CLAIM: 5,131.38<br>COMMENT: PMTS PROPER/CONF\*5418.64 CL-PL@6%MDF/PL\*SATISFIED\*DOC 60\*DK | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 7653 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 6,489.09<br>COMMENT: 0563/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1008 |
| **BBY/CBNA**<br>POB 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8909 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **BANK OF MISSOURI**<br>C/O TOTAL CARD INC (TCI)<br>2700 S LORRAINE PL<br>SIOUX FALLS, SD 57106 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7414 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~HLZBG~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3065 |
| **CAVALRY SPV I LLC - ASSIGNEE(\*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC\*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 4,354.63<br>COMMENT: CAPITAL ONE BANK/CABELAS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0148 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 327.95<br>COMMENT: AVENUE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2032 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~HOT TOPIC~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5969 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~KAY~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8063 |
| **FIRST NATIONAL BANK OF PA(\*)**<br>LOAN ADJUSTMENT DEPT\*<br>4140 E STATE ST<br>HERMITAGE, PA 16148 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1014 |
| **HUNTINGTON NATIONAL BANK(\*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH 43231 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2464 |
| **KAY JEWELERS**<br>STERLING JEWELERS<br>375 GHENT ROAD<br>AKRON, OH 44333 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5677 |
| **NATIONAL TIRE AND BATTERY/CBNA**<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2470 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PHFA(*)**<br>ATTN: LOAN SERVICING<br>PO BOX 15057<br>HARRISBURG, PA 17105-5057 | Trustee Claim Number: 21 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6259 |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 22 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6513 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 23 INT %: 0.00%<br>Court Claim Number: 15 | CLAIM: 3,635.13<br>COMMENT: SYNC BANK/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2374 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 24 INT %: 0.00%<br>Court Claim Number: 16 | CLAIM: 1,439.86<br>COMMENT: SYNC BANK/PEP BOYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0211 |
| **SANTANDER CONSUMER USA**<br>PO BOX 660633<br>DALLAS, TX 75266 | Trustee Claim Number: 25 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1000 |
| **SEARS/CITI CARD USA\*+++**<br>BANKRUPTCY DEPT\*<br>POB 182149\*<br>COLUMBUS, OH 43218 | Trustee Claim Number: 26 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1455 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 27 INT %: 0.00%<br>Court Claim Number: 13 | CLAIM: 1,698.74<br>COMMENT: AMAZON/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4591 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 28 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~PEP BOYS~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0211 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 29 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~CARE CREDIT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4698 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 30 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~ROOMFUL EXPRS~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8568 |

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~WALMART~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2374 |
| **TBOM RETAIL**<br>PO BOX 4499<br>BEAVERTON, OR 97076 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8358 |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 954.80<br>COMMENT: TARGET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5933 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 1,766.56<br>COMMENT: NO ACCT~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5860 |
| **UNITED STATES DEPARTMENT OF EDUCATION**<br>PO BOX 790321<br>ST LOUIS, MO 63197-0321 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 8,663.67<br>COMMENT: 8581/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5860 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br>DES MOINES, IA 50309 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 563.36<br>COMMENT: 7658/SCH*626339580 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9580 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br>DES MOINES, IA 50309 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 734.14<br>COMMENT: 9413/SCH*620983818 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3818 |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PENNYMAC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 588.22<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5860 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br>DALLAS, TX 75266-0929 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 1,944.99<br>COMMENT: CL17GOV*$/CL-PL*THRU 6/19 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0969 |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE AS AGENT** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:8 | ACCOUNT NO.:  0001 |
| HOUSTON, TX  77210-4457 | CLAIM:  191.25<br>COMMENT:  NT/SCH | |
| **DUQUESNE LIGHT COMPANY(\*)** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN. LITIGATION COUNSEL | Court Claim Number:12 | ACCOUNT NO.:  2203 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM:  280.98 | |
| PITTSBURGH, PA  15219 | COMMENT:  NT/SCH | |