**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Michele L. Dilliott, | : | Chapter 13 |
| | : | |
| **Movant** | : | Bankruptcy No. 19-22479-JAD |
| _____ | : | |
| **Lawrence Willis, Esquire /** | : | |
| **Willis & Associates,** | : | Related to Docket No. 76 |
| **Applicant** | : | |
| | : | Hearing Date and Time: |
| vs. | : | July 2, 2024 at 10:00 AM |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

## CERTIFICATION OF NO OBJECTION REGARDING THE APPLICATION FOR COMPENSATION
## FILED AT DOCKET NO. 76

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on June 5, 2024, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 24, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: June 25, 2024                By: /s/ Lawrence Willis Esquire
                                    Lawrence W Willis, Esquire
                                    PA I.D. # 85299
                                    Willis & Associates
                                    201 Penn Center Blvd
                                    Pittsburgh, PA 15235
                                    Tel: 412.235.1721
                                    Fax: 412.542.1704
                                    lawrencew@urfreshstrt.com
                                    Attorney for Debtors