**Form 408**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

                                       Bankruptcy Case No.: 19–22479–JAD

**Michele L Dilliott**
    Debtor(s)
                                       Chapter: 13
                                       Docket No.: 89 – 88

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

    **AND NOW,** this The 27th of August, 2024, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above–captioned proceeding,

    **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/21/24.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **10/29/24 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/21/24.**

                                                       Jeffery A. Deller
                                                        United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Michele L Dilliott
    Debtor

Case No. 19-22479-JAD

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: 408 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michele L Dilliott, 739 Riehl Dr, Pittsburgh, PA 15234-2510 |
| 15086867 | | First National Bank of Pennsylvania, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15086850 | | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:20:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bankrupt-adjdept@wesbanco.com | Aug 27 2024 23:45:00 | Wesbanco Bank Inc., 1 Bank Plz, Wheeling, WV 26003-3565 |
| 15086254 | | Email/PDF: bncnotices@becket-lee.com | Aug 27 2024 23:41:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15074542 | + | Email/PDF: bncnotices@becket-lee.com | Aug 28 2024 00:02:22 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15074543 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:02:15 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15074544 | + | Email/Text: famc-bk@1stassociates.com | Aug 27 2024 23:44:00 | Bk Of Mo, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 15074545 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2024 00:02:30 | Cap1/hlzbg, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15074546 | + | Email/Text: bankruptcy@cavps.com | Aug 27 2024 23:45:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 15075817 | + | Email/Text: bankruptcy@cavps.com | Aug 27 2024 23:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15074547 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2024 23:44:00 | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 15074548 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2024 23:44:00 | Comenitybank/hottopic, Po Box 182789, Columbus, OH 43218-2789 |
| 15074549 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2024 23:44:00 | Comenitybank/kay, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 15111071 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 27 2024 23:45:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15089866 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 27 2024 23:43:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |

District/off: 0315-2                                    User: auto                                    Page 2 of 4
Date Rcvd: Aug 27, 2024                         Form ID: 408                              Total Noticed: 51

| 15074550 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 27 2024 23:43:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15074551 | + | Email/Text: bankruptcy@huntington.com | Aug 27 2024 23:44:00 | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 15089876 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 27 2024 23:41:45 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ-5757, Phoenix, AZ 85038-9505 |
| 15074552 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 27 2024 23:40:13 | Jpmcb Auto, Po Box 901003, Ft Worth, TX 76101 |
| 15074553 | + | Email/Text: BKRMailOPS@weltman.com | Aug 27 2024 23:44:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 15074554 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 23:41:08 | Natl Tire&battery/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15074557 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2024 23:43:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15111854 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2024 23:41:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15074555 | + | Email/Text: blegal@phfa.org | Aug 27 2024 23:44:00 | Pa Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 15115132 | + | Email/PDF: ebnotices@pnmac.com | Aug 27 2024 23:41:49 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15074556 | + | Email/PDF: ebnotices@pnmac.com | Aug 28 2024 00:02:34 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 15074558 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:02:36 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15109327 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2024 23:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15074559 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 27 2024 23:45:00 | Santander Consumer Usa, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15074560 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 23:41:53 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15074561 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:01:51 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15074562 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 23:41:49 | Syncb/car Care Pep Boy, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15074563 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:02:34 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15074564 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:01:53 | Syncb/roomful Express, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15074565 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:01:41 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15075072 | ^ | MEBN | Aug 27 2024 23:37:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15096033 | + | Email/Text: bncmail@w-legal.com | Aug 27 2024 23:45:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15074566 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 27 2024 23:45:00 | Tbom - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 15074567 | + | Email/Text: bncmail@w-legal.com | Aug 27 2024 23:44:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15102354 | | Email/Text: BNCnotices@dcmservices.com | | |

District/off: 0315-2                          User: auto                                    Page 3 of 4

Date Rcvd: Aug 27, 2024                       Form ID: 408                          Total Noticed: 51

| | | Aug 27 2024 23:43:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15104354 | Email/Text: BNCnotices@dcmservices.com | | |
| | | Aug 27 2024 23:43:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15081855 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Aug 27 2024 23:45:00 | United States Department of Education, Claims Filing Unit, P O Box 8973, Madison, WI 53708-8973 |
| 15624092 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Aug 27 2024 23:45:00 | United States Department of Education, Nelnet, 121 South 13th Street, Lincoln, NE 68508-1922 |
| 15074568 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Aug 27 2024 23:45:00 | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 15106179 | Email/PDF: ebn_ais@aisinfo.com | | |
| | | Aug 28 2024 00:00:30 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15107760 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Aug 28 2024 00:01:49 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15074569 | + Email/Text: bankrupt-adjdept@wesbanco.com | | |
| | | Aug 27 2024 23:45:00 | Wesbanco Bank Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |
| 15074570 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Aug 28 2024 00:02:16 | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 15074571 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Aug 28 2024 00:00:42 | Wf/preferr, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15086824 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15086825 | *+ | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15086826 | *+ | Bk Of Mo, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 15086827 | *+ | Cap1/hlzbg, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15086828 | *+ | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 15086829 | *+ | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 15086830 | *+ | Comenitybank/hottopic, Po Box 182789, Columbus, OH 43218-2789 |
| 15086831 | *+ | Comenitybank/kay, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 15086832 | *+ | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15086833 | *+ | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 15086834 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Auto, Po Box 901003, Ft Worth, TX 76101 |
| 15086835 | *+ | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 15086836 | *+ | Natl Tire&battery/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15086839 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15086837 | *+ | Pa Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 15086838 | *+ | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 15086840 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15086841 | *+ | Santander Consumer Usa, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15086842 | *+ | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15086843 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15086844 | *+ | Synch/car Care Pep Boy, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15086845 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15086846 | *+ | Syncb/roomful Express, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15086847 | *+ | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |

District/off: 0315-2        User: auto        Page 4 of 4

Date Rcvd: Aug 27, 2024        Form ID: 408        Total Noticed: 51

| | | |
|---|---|---|
| 15086848 | *+ | Tbom - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 15086849 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15086851 | *+ | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 15110161 | * | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15086852 | *+ | Wesbanco Bank Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |
| 15086853 | *+ | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 15086854 | *+ | Wf/preferr, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 2 Undeliverable, 33 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2024        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lawrence Willis | on behalf of Debtor Michele L Dilliott ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |

TOTAL: 9