**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> MICHELE L DILLIOTT <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>       Movant <br>       vs. <br> No Respondents. | Case No.:19-22479 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

August 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/21/2019 and confirmed on 8/23/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 90,303.00 |
| Less Refunds to Debtor | 754.04 | |
| TOTAL AMOUNT OF PLAN FUND | | 89,548.96 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,601.00 | |
|   Trustee Fee | 4,363.85 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,964.85 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 60,018.68 | 0.00 | 60,018.68 |
|     Acct: 0969 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 1,944.99 | 1,944.99 | 0.00 | 1,944.99 |
|     Acct: 0969 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0815 | | | | |
|   WESBANCO BANK INC(*) | 5,131.38 | 5,131.38 | 254.22 | 5,385.60 |
|     Acct: 7653 | | | | |
|   JPMORGAN CHASE BANK NA | 2,710.84 | 2,710.84 | 474.75 | 3,185.59 |
|     Acct: 4106 | | | | |
| | | | | 70,534.86 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHELE L DILLIOTT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHELE L DILLIOTT | 739.00 | 739.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHELE L DILLIOTT | 15.04 | 15.04 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 3,101.00 | 3,101.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXX5-24 | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 6,489.09 | 1,853.09 | 0.00 | 1,853.09 |
|     Acct: 1008 | | | | |
|   BBY/CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8909 | | | | |
|   BANK OF MISSOURI | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 7414 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3065 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 4,354.63 | 1,243.55 | 0.00 | 1,243.55 |
| | Acct: 0148 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 327.95 | 93.65 | 0.00 | 93.65 |
| | Acct: 2032 | | | | |
| | COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5969 | | | | |
| | COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8063 | | | | |
| | FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1014 | | | | |
| | HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2464 | | | | |
| | KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5677 | | | | |
| | NATIONAL TIRE AND BATTERY/CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2470 | | | | |
| | PHFA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6259 | | | | |
| | PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6513 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 3,635.13 | 1,038.08 | 0.00 | 1,038.08 |
| | Acct: 2374 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 1,439.86 | 411.18 | 0.00 | 411.18 |
| | Acct: 0211 | | | | |
| | SANTANDER CONSUMER USA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1000 | | | | |
| | SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1455 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 1,698.74 | 485.11 | 0.00 | 485.11 |
| | Acct: 4591 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0211 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4698 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8568 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2374 | | | | |
| | TBOM RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8358 | | | | |
| | TD BANK USA NA** | 954.80 | 272.66 | 0.00 | 272.66 |
| | Acct: 5933 | | | | |
| | UPMC HEALTH SERVICES | 1,766.56 | 504.48 | 0.00 | 504.48 |
| | Acct: 5860 | | | | |
| | US DEPARTMENT OF EDUCATION | 8,663.67 | 2,474.08 | 0.00 | 2,474.08 |
| | Acct: 5860 | | | | |
| | WELLS FARGO BANK NA | 563.36 | 160.88 | 0.00 | 160.88 |
| | Acct: 9580 | | | | |
| | WELLS FARGO BANK NA | 734.14 | 209.65 | 0.00 | 209.65 |
| | Acct: 3818 | | | | |
| | UPMC PHYSICIAN SERVICES | 588.22 | 167.98 | 0.00 | 167.98 |
| | Acct: 5860 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 191.25 | 54.62 | 0.00 | 54.62 |
| | Acct: 0001 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 280.98 | 80.24 | 0.00 | 80.24 |
| | Acct: 2203 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |

19-22479 JAD                                                                                    Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 2374 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRENEN & BIRSIC PC (FRMRLY DAVID W | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | | |
| | | | | | 9,049.25 |

| TOTAL PAID TO CREDITORS | | | | | 79,584.11 |

TOTAL CLAIMED
PRIORITY          0.00
SECURED       9,787.21
UNSECURED    31,688.38

Date: 08/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHELE L DILLIOTT

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-22479 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22479-JAD |
| Michele L Dilliott | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 27, 2024 | Form ID: pdf900 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michele L Dilliott, 739 Riehl Dr, Pittsburgh, PA 15234-2510 |
| 15089867 | | First National Bank of Pennsylvania, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15086850 | | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:02:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bankrupt-adjdept@wesbanco.com | Aug 27 2024 23:45:00 | Wesbanco Bank Inc., 1 Bank Plz, Wheeling, WV 26003-3565 |
| 15086254 | | Email/PDF: bncnotices@becket-lee.com | Aug 28 2024 00:01:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15074542 | + | Email/PDF: bncnotices@becket-lee.com | Aug 28 2024 00:02:17 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15074543 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 23:40:45 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15074544 | + | Email/Text: famc-bk@1stassociates.com | Aug 27 2024 23:44:00 | Bk Of Mo, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 15074545 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2024 23:40:13 | Cap1/hlzbg, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15074546 | + | Email/Text: bankruptcy@cavps.com | Aug 27 2024 23:45:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 15075817 | + | Email/Text: bankruptcy@cavps.com | Aug 27 2024 23:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15074547 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2024 23:44:00 | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 15074548 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2024 23:44:00 | Comenitybank/hottopic, Po Box 182789, Columbus, OH 43218-2789 |
| 15074549 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2024 23:44:00 | Comenitybank/kay, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 15111071 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 27 2024 23:45:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15089866 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 27 2024 23:43:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |

Case 19-22479-JAD    Doc 91    Filed 08/29/24    Entered 08/30/24 00:31:09    Desc Imaged
Certificate of Notice    Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: pdf900 | Total Noticed: 51 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 15074550 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 27 2024 23:43:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15074551 | + | Email/Text: bankruptcy@huntington.com | Aug 27 2024 23:44:00 | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 15089876 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 28 2024 00:01:55 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ-5757, Phoenix, AZ 85038-9505 |
| 15074552 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 27 2024 23:41:46 | Jpmcb Auto, Po Box 901003, Ft Worth, TX 76101 |
| 15074553 | + | Email/Text: BKRMailOPS@weltman.com | Aug 27 2024 23:44:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 15074554 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:02:20 | Natl Tire&battery/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15074557 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2024 23:43:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15111854 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2024 23:41:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15074555 | + | Email/Text: blegal@phfa.org | Aug 27 2024 23:44:00 | Pa Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 15115132 | + | Email/PDF: ebnotices@pnmac.com | Aug 28 2024 00:01:57 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15074556 | + | Email/PDF: ebnotices@pnmac.com | Aug 27 2024 23:41:08 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 15074558 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2024 23:41:54 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15109327 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2024 23:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15074559 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 27 2024 23:45:00 | Santander Consumer Usa, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15074560 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:01:55 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15074561 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:00:52 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15074562 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 23:41:45 | Syncb/car Care Pep Boy, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15074563 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 23:41:07 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15074564 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 23:40:09 | Syncb/roomful Express, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15074565 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 23:41:45 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15075072 | ^ | MEBN | Aug 27 2024 23:37:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15096033 | + | Email/Text: bncmail@w-legal.com | Aug 27 2024 23:45:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15074566 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 27 2024 23:45:00 | Tbom - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 15074567 | + | Email/Text: bncmail@w-legal.com | Aug 27 2024 23:44:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15102354 | | Email/Text: BNCnotices@dcmservices.com | | |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 27 2024 23:43:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15104354 | | Email/Text: BNCnotices@dcmservices.com | Aug 27 2024 23:43:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15081855 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 27 2024 23:45:00 | United States Department of Education, Claims Filing Unit, P O Box 8973, Madison, WI 53708-8973 |
| 15624092 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 27 2024 23:45:00 | United States Department of Education, Nelnet, 121 South 13th Street, Lincoln, NE 68508-1922 |
| 15074568 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 27 2024 23:45:00 | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 15106179 | | Email/PDF: ebn_ais@aisinfo.com | Aug 27 2024 23:42:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15107760 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 28 2024 00:01:55 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15074569 | + | Email/Text: bankrupt-adjdept@wesbanco.com | Aug 27 2024 23:45:00 | Wesbanco Bank Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |
| 15074570 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 27 2024 23:41:08 | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 15074571 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 27 2024 23:40:24 | Wf/preferr, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15086824 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15086825 | *+ | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15086826 | *+ | Bk Of Mo, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 15086827 | *+ | Cap1/hlzbg, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15086828 | *+ | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 15086829 | *+ | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 15086830 | *+ | Comenitybank/hottopic, Po Box 182789, Columbus, OH 43218-2789 |
| 15086831 | *+ | Comenitybank/kay, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 15086832 | *+ | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15086833 | *+ | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 15086834 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Auto, Po Box 901003, Ft Worth, TX 76101 |
| 15086835 | *+ | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 15086836 | *+ | Natl Tire&battery/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15086839 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15086837 | *+ | Pa Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 15086838 | *+ | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 15086840 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15086841 | *+ | Santander Consumer Usa, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15086842 | *+ | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15086843 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15086844 | *+ | Syncb/car Care Pep Boy, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15086845 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15086846 | *+ | Syncb/roomful Express, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15086847 | *+ | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |

| | | |
|---|---|---|
| 15086848 | *+ | Tbom - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 15086849 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15086851 | *+ | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 15110161 | * | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15086852 | *+ | Wesbanco Bank Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |
| 15086853 | *+ | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 15086854 | *+ | Wf/preferr, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 2 Undeliverable, 33 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2024                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed below:

**Name**  **Email Address**

Brent J. Lemon
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com

David W. Raphael
on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Denise Carlon
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lawrence Willis
on behalf of Debtor Michele L Dilliott ecf@westernpabankruptcy.com
urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Maria Miksich
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com

TOTAL: 9