IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
MICHELE L DILLIOTT

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:19-22479 JAD

Chapter 13

Document No.:88

FILED
10/23/24 11:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this 23rd day of October, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22479-JAD |
| Michele L Dilliott | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Oct 23, 2024 | Form ID: pdf900 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michele L Dilliott, 739 Riehl Dr, Pittsburgh, PA 15234-2510 |
| 15089867 | | First National Bank of Pennsylvania, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15086850 | | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 24 2024 00:00:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bankrupt-adjdept@wesbanco.com | Oct 23 2024 23:45:00 | Wesbanco Bank Inc., 1 Bank Plz, Wheeling, WV 26003-3565 |
| 15086254 | | Email/PDF: bncnotices@becket-lee.com | Oct 24 2024 05:19:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15074542 | + | Email/PDF: bncnotices@becket-lee.com | Oct 24 2024 08:14:02 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15074543 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 24 2024 00:00:59 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15074544 | + | Email/Text: famc-bk@1stassociates.com | Oct 23 2024 23:45:00 | Bk Of Mo, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 15074545 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 24 2024 00:00:46 | Cap1/hlzbg, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15074546 | + | Email/Text: bankruptcy@cavps.com | Oct 23 2024 23:45:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 15075817 | + | Email/Text: bankruptcy@cavps.com | Oct 23 2024 23:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15074547 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 23 2024 23:44:00 | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 15074548 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 23 2024 23:44:00 | Comenitybank/hottopic, Po Box 182789, Columbus, OH 43218-2789 |
| 15074549 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 23 2024 23:44:00 | Comenitybank/kay, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 15111071 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 23 2024 23:45:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15089866 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 23 2024 23:44:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |

Case 19-22479-JAD  Doc 95  Filed 10/25/24  Entered 10/26/24 00:30:36  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 23, 2024 | Form ID: pdf900 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| 15074550 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 23 2024 23:44:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15074551 | + | Email/Text: bankruptcy@huntington.com | Oct 23 2024 23:45:00 | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 15089876 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 23 2024 23:49:33 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ-5757, Phoenix, AZ 85038-9505 |
| 15074552 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 23 2024 23:59:44 | Jpmcb Auto, Po Box 901003, Ft Worth, TX 76101 |
| 15074553 | + | Email/Text: BKRMailOPS@weltman.com | Oct 23 2024 23:44:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 15074554 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 23 2024 23:59:56 | Natl Tire&battery/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15074557 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 23 2024 23:44:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15111854 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 24 2024 00:01:05 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15074555 | + | Email/Text: blegal@phfa.org | Oct 23 2024 23:45:00 | Pa Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 15115132 | + | Email/PDF: ebnotices@pnmac.com | Oct 24 2024 00:00:59 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15074556 | + | Email/PDF: ebnotices@pnmac.com | Oct 24 2024 00:00:59 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 15074558 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 23 2024 23:49:06 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15109327 | | Email/Text: bnc-quantum@quantum3group.com | Oct 23 2024 23:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15074559 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 23 2024 23:45:00 | Santander Consumer Usa, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15074560 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 24 2024 00:00:04 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15074561 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 23 2024 23:48:26 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15074562 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 23 2024 23:49:02 | Syncb/car Care Pep Boy, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15074563 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 24 2024 00:00:30 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15074564 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 23 2024 23:59:44 | Syncb/roomful Express, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15074565 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 24 2024 00:00:38 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15075072 | ^ | MEBN | Oct 23 2024 23:39:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15096033 | + | Email/Text: bncmail@w-legal.com | Oct 23 2024 23:45:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15074566 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 23 2024 23:45:00 | Tbom - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 15074567 | + | Email/Text: bncmail@w-legal.com | Oct 23 2024 23:44:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15102354 | | Email/Text: BNCnotices@dcmservices.com | | |

Case 19-22479-JAD    Doc 95    Filed 10/25/24    Entered 10/26/24 00:30:36    Desc Imaged
                                Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 23, 2024 | Form ID: pdf900 | Total Noticed: 51 |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 23 2024 23:44:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15104354 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Oct 23 2024 23:44:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15081855 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Oct 23 2024 23:45:00 | United States Department of Education, Claims Filing Unit, P O Box 8973, Madison, WI 53708-8973 |
| 15624092 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Oct 23 2024 23:45:00 | United States Department of Education, Nelnet, 121 South 13th Street, Lincoln, NE 68508-1922 |
| 15074568 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Oct 23 2024 23:45:00 | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 15106179 | | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Oct 23 2024 23:59:48 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15107760 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Oct 23 2024 23:49:34 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15074569 | + | Email/Text: bankrupt-adjdept@wesbanco.com | | |
| | | | Oct 23 2024 23:45:00 | Wesbanco Bank Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |
| 15074570 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Oct 23 2024 23:59:48 | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 15074571 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Oct 23 2024 23:49:33 | Wf/preferr, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15086824 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15086825 | *+ | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15086826 | *+ | Bk Of Mo, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 15086827 | *+ | Cap1/hlzbg, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15086828 | *+ | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 15086829 | *+ | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 15086830 | *+ | Comenitybank/hottopic, Po Box 182789, Columbus, OH 43218-2789 |
| 15086831 | *+ | Comenitybank/kay, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 15086832 | *+ | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15086833 | *+ | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 15086834 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Auto, Po Box 901003, Ft Worth, TX 76101 |
| 15086835 | *+ | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 15086836 | *+ | Natl Tire&battery/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15086839 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15086837 | *+ | Pa Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 15086838 | *+ | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 15086840 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15086841 | *+ | Santander Consumer Usa, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15086842 | *+ | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15086843 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15086844 | *+ | Syncb/car Care Pep Boy, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15086845 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15086846 | *+ | Syncb/roomful Express, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15086847 | *+ | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |

Case 19-22479-JAD    Doc 95    Filed 10/25/24    Entered 10/26/24 00:30:36    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 4 of 4 |
| --- | --- | --- |
| Date Rcvd: Oct 23, 2024 | Form ID: pdf900 | Total Noticed: 51 |

| | | |
| --- | --- | --- |
| 15086848 | *+ | Tbom - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 15086849 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15086851 | *+ | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 15110161 | * | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15086852 | *+ | Wesbanco Bank Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |
| 15086853 | *+ | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 15086854 | *+ | Wf/preferr, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 2 Undeliverable, 33 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2024                     Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2024 at the address(es) listed below:

**Name**          **Email Address**

Brent J. Lemon
   on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com

David W. Raphael
   on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Denise Carlon
   on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com

Keri P. Ebeck
   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
   btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lawrence Willis
   on behalf of Debtor Michele L Dilliott ecf@westernpabankruptcy.com
   urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Maria Miksich
   on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
   on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com

TOTAL: 9