| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Michele L Dilliott<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5860<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–22479–JAD | |

# Order of Discharge                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Michele L Dilliott

_11/8/24_                                           **By the court:** _Jeffery A. Deller_
                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22479-JAD |
| Michele L Dilliott | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Nov 08, 2024 | Form ID: 3180W | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michele L Dilliott, 739 Riehl Dr, Pittsburgh, PA 15234-2510 |
| 15089867 | | First National Bank of Pennsylvania, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15086850 | | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 09 2024 04:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 08 2024 23:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 09 2024 04:27:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 08 2024 23:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Nov 09 2024 04:27:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bankrupt-adjdept@wesbanco.com | Nov 08 2024 23:33:00 | Wesbanco Bank Inc., 1 Bank Plz, Wheeling, WV 26003-3565 |
| 15086254 | | Email/PDF: bncnotices@becket-lee.com | Nov 08 2024 23:48:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15074542 | + | Email/PDF: bncnotices@becket-lee.com | Nov 09 2024 00:00:52 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15074543 | + | EDI: CITICORP | Nov 09 2024 04:27:00 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15074544 | + | EDI: TCISOLUTIONS.COM | Nov 09 2024 04:27:00 | Bk Of Mo, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 15074545 | + | EDI: CAPITALONE.COM | Nov 09 2024 04:27:00 | Cap1/hlzbg, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15074546 | + | Email/Text: bankruptcy@cavps.com | Nov 08 2024 23:33:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 15075817 | + | Email/Text: bankruptcy@cavps.com | | |

Case 19-22479-JAD   Doc 97   Filed 11/10/24   Entered 11/11/24 00:27:24   Desc Imaged
                         Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Nov 08, 2024 | Form ID: 3180W | Total Noticed: 53 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | Nov 08 2024 23:33:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15074547 | + | EDI: WFNNB.COM | Nov 09 2024 04:27:00 | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 15074548 | + | EDI: WFNNB.COM | Nov 09 2024 04:27:00 | Comenitybank/hottopic, Po Box 182789, Columbus, OH 43218-2789 |
| 15074549 | + | EDI: WFNNB.COM | Nov 09 2024 04:27:00 | Comenitybank/kay, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 15111071 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 08 2024 23:33:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15089866 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 08 2024 23:32:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15074550 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 08 2024 23:32:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15074551 | + | Email/Text: bankruptcy@huntington.com | Nov 08 2024 23:33:00 | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 15089876 | | EDI: JPMORGANCHASE | Nov 09 2024 04:27:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ-5757, Phoenix, AZ 85038-9505 |
| 15074552 | | EDI: JPMORGANCHASE | Nov 09 2024 04:27:00 | Jpmcb Auto, Po Box 901003, Ft Worth, TX 76101 |
| 15074553 | + | Email/Text: BKRMailOPS@weltman.com | Nov 08 2024 23:33:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 15074554 | + | EDI: CITICORP | Nov 09 2024 04:27:00 | Natl Tire&battery/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15074557 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 08 2024 23:32:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15111854 | | EDI: PRA.COM | Nov 09 2024 04:27:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15074555 | + | Email/Text: blegal@phfa.org | Nov 08 2024 23:33:00 | Pa Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 15115132 | + | Email/PDF: ebnotices@pnmac.com | Nov 08 2024 23:49:56 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15074556 | + | Email/PDF: ebnotices@pnmac.com | Nov 08 2024 23:49:11 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 15074558 | + | EDI: PRA.COM | Nov 09 2024 04:27:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15109327 | | EDI: Q3G.COM | Nov 09 2024 04:27:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15074559 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 08 2024 23:33:00 | Santander Consumer Usa, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15074560 | + | EDI: CITICORP | Nov 09 2024 04:27:00 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15074561 | + | EDI: SYNC | Nov 09 2024 04:27:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15074562 | + | EDI: SYNC | Nov 09 2024 04:27:00 | Syncb/car Care Pep Boy, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15074563 | + | EDI: SYNC | Nov 09 2024 04:27:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15074564 | + | EDI: SYNC | Nov 09 2024 04:27:00 | Syncb/roomful Express, C/o Po Box 965036, Orlando, FL 32896-0001 |

Case 19-22479-JAD   Doc 97   Filed 11/10/24   Entered 11/11/24 00:27:24   Desc Imaged
                              Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 08, 2024 | Form ID: 3180W | Total Noticed: 53 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15074565 | + | EDI: SYNC | Nov 09 2024 04:27:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15075072 | ^ | MEBN | Nov 08 2024 23:31:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15096033 | + | Email/Text: bncmail@w-legal.com | Nov 08 2024 23:33:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15074566 | + | EDI: PHINGENESIS | Nov 09 2024 04:27:00 | Tbom - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 15074567 | + | EDI: WTRRNBANK.COM | Nov 09 2024 04:27:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15102354 |   | Email/Text: BNCnotices@dcmservices.com | Nov 08 2024 23:32:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15104354 |   | Email/Text: BNCnotices@dcmservices.com | Nov 08 2024 23:32:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15081855 |   | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 08 2024 23:33:00 | United States Department of Education, Claims Filing Unit, P O Box 8973, Madison, WI 53708-8973 |
| 15624092 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 08 2024 23:33:00 | United States Department of Education, Nelnet, 121 South 13th Street, Lincoln, NE 68508-1922 |
| 15074568 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 08 2024 23:33:00 | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 15106179 |   | EDI: AIS.COM | Nov 09 2024 04:27:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15107760 |   | EDI: WFFC2 | Nov 09 2024 04:27:00 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15074569 | + | Email/Text: bankrupt-adjdept@wesbanco.com | Nov 08 2024 23:33:00 | Wesbanco Bank Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |
| 15074570 | + | EDI: WFFC2 | Nov 09 2024 04:27:00 | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 15074571 | + | EDI: WFFC2 | Nov 09 2024 04:27:00 | Wf/preferr, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |   | JPMorgan Chase Bank, N.A. |
| cr |   | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15086824 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15086825 | *+ | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15086826 | *+ | Bk Of Mo, 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 15086827 | *+ | Cap1/hlzbg, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15086828 | *+ | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 15086829 | *+ | Comenity Bank/avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 15086830 | *+ | Comenitybank/hottopic, Po Box 182789, Columbus, OH 43218-2789 |
| 15086831 | *+ | Comenitybank/kay, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 15086832 | *+ | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15086833 | *+ | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 15086834 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 08, 2024 | Form ID: 3180W | Total Noticed: 53 |

| | | |
|---|---|---|
| | | 71203-4774, address filed with court:, Jpmcb Auto, Po Box 901003, Ft Worth, TX 76101 |
| 15086835 | *+ | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 15086836 | *+ | Natl Tire&battery/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15086839 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15086837 | *+ | Pa Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 15086838 | *+ | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 15086840 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15086841 | *+ | Santander Consumer Usa, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15086842 | *+ | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15086843 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15086844 | *+ | Syncb/car Care Pep Boy, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15086845 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15086846 | *+ | Syncb/roomful Express, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15086847 | *+ | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15086848 | *+ | Tbom - Genesis Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 15086849 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 15086851 | *+ | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 15110161 | * | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15086852 | *+ | Wesbanco Bank Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |
| 15086853 | *+ | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 15086854 | *+ | Wf/preferr, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 2 Undeliverable, 33 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2024           Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lawrence Willis | on behalf of Debtor Michele L Dilliott ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: auto | Page 5 of 5
Date Rcvd: Nov 08, 2024 | Form ID: 3180W | Total Noticed: 53

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com

TOTAL: 9